# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,**<br><br>**Plaintiff,**<br>vs.<br><br>**EMPLOYERS RESOURCE MANAGEMENT COMPANY, INC., a corporation; GEORGE GERSEMA, an individual; DOUGLAS GERSEMA, an individual; EMPLOYERS RESOURCE MANAGEMENT COMPANY, INC., WELFARE BENEFIT PLAN, an employee benefit plan; and AMERICAN EMPLOYER BENEFIT TRUST,**<br><br>**Defendants.** | CASE NO: CV02-12-S-EJL<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

On February 3, 2006, United States Magistrate Judge Mikel H. Williams issued his report and recommendation in this matter (Docket No. 201). Pursuant to 28 U.S.C. § 636 (b)(1), the parties had ten (10) days in which to file written objections to the report and recommendation. However, neither party has objected to the recommendation. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Williams to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Williams. Acting on the recommendation of Judge Williams and this Court being fully advised in the premises,

ORDER-Page 1
06Orders\Employers_rnr

**IT IS HEREBY ORDERED** that the Report and Recommendation entered on February 3, 2006, (Docket No. 201) by Judge Williams should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that the Secretary's Motion for an Order Prohibiting Defendants from Altering Settlement Agreement Or, in the Alternative, Finding There Was No Meeting of the Minds (Docket No. 194) is GRANTED IN PART AND DENIED IN PART consistent with the Report and Recommendation issued by Judge Williams.

**IT IS FURTHER ORDERED** that the Proposed Consent Order/Judgment which Judge Williams directed the parties to draft in footnote 1 of the Report and Recommendation, and that the parties agreed to draft, shall be sent to the Court on or before March 10, 2006, via e-mail to EJL_Orders@id.uscourts.gov.

DATED: **February 24, 2006**

_____
Honorable Edward J. Lodge
U. S. District Judge